UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For a Petty Offense)-- Short Form |
| | CASE NUMBER: 3:08mj108/MD |
| WILLIAM B. SIRMONS | |
| | Kenneth L. Brooks, Jr., Esq. |
| | Defendant's Attorney |

☐ **THE DEFENDANT** was found guilty by the court as to Counts Two and Three of the Information. The defendant was acquitted by the Court as to Count 1 of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1382 | Enter a Naval Installation for a Purpose Prohibited by Law | 2/23/08 | Two |
| 32 C.F.R. § 210 and F.S.S. 316.088 | Driving a Vehicle the Wrong Way Down a One Way Street | 2/23/08 | Three |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's shall be paid no later than June 18, 2008.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 15.00 | $ 200.00 | $ 0.00 |

Date of Imposition of Sentence - 5/28/08

*Miles Davis* (signature)
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 5-29-2008

08 MAY 30 AM 8:24

FILED